IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LIBERTARIAN PARTY of OHIO,** *et al.*, : | |
| : | Case No. 2:19-cv-2501 |
| **Plaintiffs,** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| : | |
| v. : | Magistrate Judge Jolson |
| : | |
| **WILHELM,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## OPINION & ORDER

This matter is before the Court on the Defendants' Motion to Stay briefing on Plaintiffs' Motion for Summary Judgment (ECF No. 10). Defendants' Motion is hereby **GRANTED**. Opinion and Order to follow.

**IT IS SO ORDERED.**

___s/Algenon L. Marbley___
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: July 19, 2019**

1