# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LIBERTARIAN PARTY OF OHIO, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:19-cv-2501 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| DEGEE WILHEM, *et al.*, | : | Magistrate Judge Jolson |
| | : | |
| Defendants. | : | |

## ORDER SETTING LOCAL RULE 65.1 CONFERENCE

This case is set for a Status Conference pursuant to Local Rule 65.1 on **Thursday, November 14, 2019,** beginning at **5:00 p.m.** in the Court's Chambers, Room 319.  Trial Counsel for the parties are to appear in person and bring their trial calendars.

At the Status Conference, the Court will address the Motion for Preliminary Injunction and any issues necessary for a speedy and just resolution of the pending action.  This Order supersedes any prior orders setting a status conference.

**IT IS SO ORDERED.**

   s/Algenon L. Marbley
**ALGENON L. MARBLEY, JUDGE**
**United States District Court**

**DATE:  November 4, 2019**